UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ANTONIO MARTINELLI, | § § § | |
| Plaintiff, | § § § | Civil Action No.: 4:21-cv-03412 |
| v. | § § | |
| HEARST NEWSPAPERS, LLC, and HEARST MAGAZINE MEDIA, INC. | § § § § § | |
| Defendants. | § | |

## NOTICE OF APPEAL

NOTICE IS GIVEN that defendants Hearst Newspapers, LLC and Hearst Magazine Media, Inc. (collectively, "Defendants") hereby appeal to the United States Court of Appeals for the Fifth Circuit from the Final Judgment (ECF No. 39), entered on July 5, 2022, and from all orders that merge into the Final Judgment, including but not limited to the Court's Order (ECF No. 38), entered on July 5, 2022, denying Defendants' motion for summary judgment (ECF No. 32) and granting plaintiff Antonio Martinelli's motion for summary judgment (ECF No. 33).

*[signature block on next page]*

1

Dated: July 6, 2022                                  Respectfully submitted,

/s/ Nathaniel S. Boyer
Ravi V. Sitwala
(U.S.D.C. S.D. Tex. Bar No. RS2140)
(N.Y. State Reg. No. 4359899)
Nathaniel S. Boyer, admitted *pro hac vice*
(N.Y. State Reg. No. 4801312)
THE HEARST CORPORATION
   Office of General Counsel
300 W. 57th Street
New York, NY 10019
(212) 649-2006
(646) 280-2006 (fax)
rsitwala@hearst.com
nathaniel.boyer@hearst.com

*Attorneys for Defendants*

2

## CERTIFICATE OF SERVICE

I hereby certify that on this 6th day of July, 2022, a true and correct copy of the foregoing was filed electronically with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who have registered to receive electronic service.

/s/ Nathaniel S. Boyer
Nathaniel S. Boyer